UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

GREGORY COOPER,

        Plaintiff,

v.

B. TRUE, Warden; BOP DESIGNATION
CENTER, TEXAS; and DULUTH FEDERAL
PRISON CAMP,

        Defendants.

Case No. 0:16-cv-02900-MJD-KMM]

**ORDER**

---

Gregory Cooper, 45649-054, Federal Prison Camp Duluth, P.O. Box 1000, Duluth, MN 55814, pro se plaintiff

Ana H. Voss, Bahram Samie, and D. Gerald Wilhelm, Assistant United States Attorneys, United States Attorney's Office, 300 S. 4th Street, Suite 600, Minneapolis, MN, 55415, counsel for defendants

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated January 25, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that the plaintiff's motion for default judgment (ECF No. 17) is **DENIED**.

Date: 2-14-17

Michael J. Davis
United States District Judge