# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

GREGORY COOPER,                                    Case No. 0:16-cv-02900-MJD-KMM

    Plaintiff,

v.                                                 **ORDER**

WARDEN WILLIAM TRUE,

    Defendant.

---

Kaitlyn Leeann Dennis, Gustafson Gluek PLLC, 120 South 6th Street, Ste. 2600, Minneapolis, MN 55402, counsel for plaintiff

Ana H. Voss, Bahram Samie, and D. Gerald Wilhelm, Assistant United States Attorneys, United States Attorney's Office, 300 S. 4th Street, Suite 600, Minneapolis, MN, 55415, counsel for defendants

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated November 2, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that Warden True's Motion to Dismiss **[ECF No. 49]** is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.

**Let judgment be entered accordingly**.

Date:  December 12, 2017                                     s/Michael J. Davis
                                                                                   Michael J. Davis
                                                                                  United States District Judge